IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: MARY L. WESTBROOK                                      CHAPTER 13
                                                              NO: 09-16172 DWH

**Cash Unlimited, Inc.**
**P O Box 252**
**Calhoun City, MS 38916**

## NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the Objection to Secured Claim of Cash Unlimited, Inc. must be filed via ECF if you are registered with the Electronic Case Filing system, or alternatively filed with:

David J. Puddister, Clerk
U.S. Bankruptcy Court
Thad Cochran, U.S. Courthouse
703 Highway 145 North
Aberdeen, MS 39730

with a copy served on Robert Gambrell, attorney for the debtor and the Chapter 13 Trustee, on or before thirty (30) days from the date of this notice, or the Court will enter a Confirmation Order, which shall sustain this Objection to Secured Claim of Cash Unlimited, Inc. and shall set the amount of your arrears claim, determine the amount of interest allowed to be charged, if any is allowed at all, shall set the value of the collateral, and the manner in which the claim shall be treated and paid by the trustee, shall determine that no additional fees and costs can be added to the loan without prior approval of the Bankruptcy Court. The entry of the Confirmation order shall grant all relief requested therein. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

DATED: _____12/23/09_____                    /s/ Robert Gambrell
CHAPTER 13 TRUSTEE:                          Robert Gambrell, Atty for Debtor
Locke Barkley                                101 Ricky D. Britt Blvd., Ste. 3
P. O. Box 55829                              Oxford, MS 38655
Jackson, MS 39296                            (662)281-8800 / Fax: 662-202-1004
(601)355-6661                                MS Bar # 4409

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: MARY L. WESTBROOK                                              CHAPTER 13
                                                                       NO: 09-16172 DWH

## OBJECTION TO SECURED CLAIM OF CASH UNLIMITED, INC.

  COMES NOW, Debtor, by and through undersigned counsel, and files this Objection to Secured Claim of Cash Unlimited, Inc. to the following pre-petition claim and requests the Court to set the amount of the claim, or to set the value of the collateral for purpose of plan confirmation, or to determine the manner in which the arrears claim shall be treated and paid by the trustee:

DESCRIPTION OF COLLATERAL:  2005 Chevrolet Impala (with over 65,000 miles)

Claim filed as claim #5: $9,873.70

TREATMENT: The claim shall be paid together with interest at the rate of 5.50% over the life of the plan, and payment of this amount shall eliminate any lien upon completion of the plan or a discharge being granted to the debtor.

DATED: __12/23/09__             /s/ Robert Gambrell
                           Robert Gambrell, Atty for Debtor

## CERTIFICATE OF SERVICE

I, ROBERT GAMBRELL, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF with a copy of the above Objection to Secured Claim of Cash Unlimited, Inc. and Notice of said Objection:

R. Michael Bolen, United States Trustee: USTPRegion05.JA.ECF@usdoj.gov

Locke D. Barkley:    sbeasley@barkley13.com

I, further certify that I have this date mailed postage prepaid, a true and correct copy of said Objection and Notice to the following:

Cash Unlimited, Inc.
P O Box 252
Calhoun City, MS 38916

This the 23rd day of December, 2009.

/s/ Robert Gambrell
ROBERT GAMBRELL